UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINA A. FINULIAR,                                    Case No. C-11-02629 JCS

        Plaintiff,                                     **ORDER TO SHOW CAUSE**

    v.

BAC HOME LOANS SERVICING, L.P., ET
AL.,

        Defendants.
_____/

        As the successor in interest to Defendant BAC Home Loans Servicing, LP, Bank of America,

N.A. filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"), which is set for

hearing on February 17, 2012. The Court previously dismissed all of Plaintiff's state and federal

claims in her original complaint, granting leave to amend within thirty days. Plaintiff's First

Amended Complaint ("FAC") does not allege any federal claim and is based solely on California

state law. Under 28 U.S.C. § 1367(c)(3), the Court may decline to exercise supplemental

jurisdiction where it "has dismissed all claims over which it has original jurisdiction." Therefore, in

the absence of any federal claim in the FAC, the Court orders the parties to submit briefs by

Thursday, January 19, 2012 as to why the Court should not remand this case to San Francisco

Superior Court pursuant to Section 1367(c)(3).

        IT IS SO ORDERED.


Dated: January 12, 2012

                                    _____
                                    JOSEPH C. SPERO
                                    United States Magistrate Judge

United States District Court

For the Northern District of California