UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINA A. FINULIAR,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, L.P., ET AL.,

    Defendants.
_____/

Case No. C-11-02629 JCS

**ORDER TO SHOW CAUSE**

    As the successor in interest to Defendant BAC Home Loans Servicing, LP, Bank of America, N.A. filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"), which is set for hearing on February 17, 2012. The Court previously dismissed all of Plaintiff's state and federal claims in her original complaint, granting leave to amend within thirty days. Plaintiff's First Amended Complaint ("FAC") does not allege any federal claim and is based solely on California state law. Under 28 U.S.C. § 1367(c)(3), the Court may decline to exercise supplemental jurisdiction where it "has dismissed all claims over which it has original jurisdiction." Therefore, in the absence of any federal claim in the FAC, the Court orders the parties to submit briefs by Thursday, January 19, 2012 as to why the Court should not remand this case to San Francisco Superior Court pursuant to Section 1367(c)(3).

    IT IS SO ORDERED.

Dated: January 12, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge