1

2

3                 UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5

6 REGINA A. FINULIAR,              Case No. C-11-02629 JCS

7

          Plaintiff,          **ORDER REMANDING ACTION TO**

8                        **STATE COURT**

    v.

9

BAC HOME LOANS SERVICING, L.P., ET

10 AL.,

11           Defendants.

12 _____/

13

14

15       This action was originally filed in the Superior Court for the County of San Francisco and

16 removed to federal court on the grounds of federal question jurisdiction.  Pursuant to the Court's

17 authority under 28 U.S.C. § 1367(c)(3), whereby a court may decline to exercise supplemental

18 jurisdiction where it "has dismissed all claims over which it has original jurisdiction," the Court

19 orders this action remanded to the Superior Court for the County of San Francisco.  On September

20 21, 2011, the Court dismissed all of Plaintiff's state and federal claims in her original complaint,

21 granting leave to amend within thirty days.  Plaintiff filed a First Amended Complaint on October

22 21, 2011 that does not allege any federal claim and is based solely on California state law.  In the

23 absence of any federal claims, it is in the interest of "economy, convenience, fairness, and comity"

24 to remand the remaining state law claims for adjudication.  *Carnegie-Mellon Univ. v. Cohill*, 484

25 U.S. 343, 350 (1988).

26       IT IS HEREBY ORDERED that Plaintiff's remaining state law claims are REMANDED to

27 the Superior Court for the County of San Francisco.  Because the Court declines to exercise

28 supplemental jurisdiction over this action, it does not rule on Defendant's Motion to Dismiss

**United States District Court**
For the Northern District of California

Plaintiff's First Amended Complaint ("Motion"), which is DENIED without prejudice.   The hearing on the Motion set for February 17, 2012 is thereby VACATED.

     IT IS SO ORDERED.

Dated:  January 24, 2012

                             _____

                             JOSEPH C. SPERO
                             United States Magistrate Judge

**United States District Court**
For the Northern District of California